STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Matthew D. Crumhorn
Rabalais, Unland & Lorio
1404 Greengate Dr., #110
Covington LA 70433

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 2, 2020

**REHEARING ACTION: December 2, 2020**

**Docket Number: 19   00891-WCA**

**DENNIS WOODARD**
**VERSUS**
**CB&I**

**Appealed from Office of Workers' Compensation - # 3 Case No. 18-02116**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. Elizabeth A. Pickett**
**Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Chicago Bridge & Iron** has this day been

**DENIED.**

cc: Tina Louise Wilson, Counsel for the Appellee